THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MOHAMED HOUHAMDI,<br><br>  Petitioner,<br><br>  v.<br><br>LORETTA LYNCH, et al.,<br><br>  Respondents. | CASE NO. C15-1668-JCC-JPD<br><br>ORDER |

This matter comes before the Court on the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge (Dkt. No. 4). Petitioner Mohamed Houhamdi filed a motion for leave to proceed *in forma pauperis* (Dkt. No. 1) and a motion for the appointment of counsel (Dkt. No. 2) on October 19, 2015. This Court referred the motions to Judge Donohue for consideration. As of November 9, 2015, when Judge Donohue issued his Report and Recommendation, Petitioner had not yet paid the $5 filing fee. (Dkt. No. 4.) On November 25, 2015, Petitioner paid the fee. (*See* Dkt. No. 5.)

As payment of his filing fee is now reflected on the docket, the Court hereby TERMINATES the Report and Recommendation and Petitioner's motion to proceed *in forma pauperis* (Dkt. Nos. 1, 4) as moot, and re-refers Petitioner's motion to appoint counsel (Dkt. No. 2) to Judge Donohue.

//

DATED this 1st day of December 2015.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE